United States District Court
Southern District of Texas
**ENTERED**
October 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RANDY CURTIS MCPHERSON, *et al*, § § Plaintiffs, § VS. § ARANSAS COUNTY INDEPENDENT § SCHOOL DISTRICT, § § Defendant. § | CIVIL ACTION NO. 2:18-CV-243 |

# FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 4), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 15th day of October, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE