United States District Court
Southern District of Texas
**ENTERED**
May 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHAROL HOPKINS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-243 |
| § | |
| FAMILY DOLLAR STORES OF TEXAS, § | |
| L.L.C., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 18), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 6th day of May, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE